UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK ELAM | CIVIL ACTION |
| VERSUS | NO: 11-2283-ILRL-SS |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |

### REPORT AND RECOMMENDATION

The plaintiff, Mark A. Elam ("Elam"), filed a complaint for judicial review, pursuant to Section 405(g) of the Social Security Act (the "Act"), of the final decision of the Commissioner of the Social Security Administration denying his claim for benefits. Rec. doc. 1. Elam filed a motion for summary judgment. He requests that the Commissioner's decision be reversed. In the alternative, he requests a remand. Rec. doc. 18 (Memorandum at 36). On July 31, 2012, the Commissioner filed a motion to remand. Rec. doc. 22. The Commissioner reports that Elam consents to the motion. The motion is unopposed and it has merit.

IT IS RECOMMENDED that: (1) the Commissioner's motion to remand (Rec. doc. 22) be GRANTED; and (2) the action be reversed and remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

### OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from

attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 15th day of October, 2012.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**